1014

[No. 60749-9-I. Division One. January 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. SEONG TAE CHANG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-07655-5, Steven C. Gonzalez, J., entered October 19, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60854-1-I. Division One. January 20, 2009.]

MARIE HOANG, *as Personal Representative, Respondent*, v. SWEDISH HEALTH SERVICES ET AL., *Defendants*, GRACE DY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-36470-0, Linda Lau, J., entered October 12, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Agid, J., concurred in by Grosse and Appelwick, JJ.

[No. 60857-6-I. Division One. January 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CORDELIA SUAZO REED, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-08421-3, Richard A. Jones, J., entered October 22, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60878-9-I. Division One. January 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. OREST LYUBOMIROVICH LAKOTIY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-02280-1, Michael Heavey, J., entered November 19, 2007. *Affirmed* by unpublished per curiam opinion.